**Donna KITTERMAN, Appellant**

v.

**Eddie KITTERMAN, Respondent.**

**No. WD 67944.**

Missouri Court of Appeals,
Western District.

April 8, 2008.

Dennis Owens, Kansas City, MO, for appellant.

Heather Roach, Liberty, MO, for respondent.

Before HOLLIGER, P.J.,
LOWENSTEIN and NEWTON, JJ.

**ORDER**

PER CURIAM.

Wife appeals the division of marital assets asserting she was entitled to a greater

portion due to Husband's misconduct. Affirmed. Rule 84.16(b).